```
                     UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF LOUISIANA
                         LAFAYETTE DIVISION

PRESENT:  HON.   RICHARD T. HAIK  , JUDGE, Presiding        Date: August 16, 2012
                 Mary Thompson   , Court Reporter
                 Gary Brazell    , Minute Clerk
COURT OPENED:    9:30 A.M.          COURT ADJOURNED: 10:10   A.M.   Total Time:0/40
_____
                              MINUTES OF COURT
_____

CASE NO.11-1270              JUDGE: Haik            MAGISTRATE JUDGE Hanna

SUSAN AYCOCK FLENIKEN, ET AL           VS.     904 HOTEL OPERATING L L C

                              APPEARANCES
Kea Sherman and Alvin Robert, Jr        FOR     Plaintiffs
                                        FOR
Kyle Kirsch                             FOR     904 Hotel Operating L L C
David Shelby, II                        FOR     Newtron Inc
Timothy O'Dowd                          FOR     Lance Mueller

_____
CASE CALLED FOR                            FILINGS:
__X_ Hearing on motions
____ Jury selection only
____ Trial with/without jury    day
____ Other

_____
_____
VERDICT, RULING, COMMENTS:
```

MOTION (# 42) to Dismiss for Lack of Jurisdiction by Lance Mueller TAKEN UNDER ADVISEMENT.

HEARING (# 83)  re Appeal to Report and Recommendation by Susan Aycock Fleniken and Gregory Joseph Fleniken. is DENIED.